21006.  ROBERTS v. STATE OF GEORGIA, by WEBB, Solicitor-General.

MOBLEY, Justice. This case is controlled by the decision rendered in *Atlanta Newspapers, Inc. v. State of Ga.*, ante. The plaintiff in error here is the reporter and agent of Atlanta Newspapers, Inc., who wrote the newspaper article which appeared in the *Atlanta Journal* of June 2, 1959, which was one of the articles upon which the contempt citation was issued in *Atlanta Newspapers, Inc. v. State of Ga.*, ante.

*Judgment reversed. All the Justices concur.*

ARGUED SEPTEMBER 15, 1960—DECIDED OCTOBER 6, 1960—REHEARING DENIED OCTOBER 18, 1960.

*B. P. Gambrell, W. Glen Harlan, John E. Dougherty, Edward W. Killorin,* for plaintiff in error.

*Paul Webb, Solicitor-General, J. Walter LeCraw,* contra.